FILED
MAR - 7 2006
JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Your Honor, (William B. Stubb)
06CR280 LKK GGH P

    With all due respect sir, I feel this case is takeing entirely to long to resolve it's been 9 months now and we havent even been offered a deal when all the co-defendants here in custody have already admitted are guilt and are ready to proceed with sentencing if we can come to a plea agreement that dismisses the firearm charge because there was no firearm involved And D.A. wong is aware of this, there's no need to study or investigate cause I'm guilty and I turned myself into authorities to get this terrible mistake I made behind me. I have a family and kids at home that I need to return to and I'm prepared to accept responsibility for my actions and be corrected and move forward to use this time to further educate myself and learn some vocational trades that I can use to be a productive member of society upon my return. I am truely remorseful for the victims in this case who had to experience such an ordeal by being put in a position where they felt that their lives where in danger, I want them to know as well as yourself that it was never my intentions to cause any harm to anyone physically and that I am truely sorry for my actions, even though I know that this want take away the trauma or fear they must feel everyday they have to show up to work to try and do the best job that they can do at their place of employment. I pray for forgiveness from all parties involved and I would like to be looked at as a human being who made a costly mistake that I acknowledge and regret in my attempt at redeemtion. furthermore the D.A. (wong) has had plenty of time to file additional charges

and have evidence provided. I would like to move forward with my life and I know this feeling goes for everyone involved, but right now the D.A. is wasting time and taxpayer dollars when this case could have been resolved months ago. Please take this letter into consideration and do what's best for all parties involved and push for this to be resolved at our next meeting. Thank you kindly for your ear and your time and I hope this letter makes the Judicial process much easier.

Thank you
Sincerely,
Janaris tubbs
3-2-06